*In re* REGLAMENTO TRANSITORIO PARA EL TRIBUNAL DE APELACIONES.

*Número:* ER-2003-7          *Resuelto:* 18 de noviembre de 2003

## RESOLUCIÓN

La Ley Núm. 201 de 22 de agosto de 2003, conocida como la Ley de la Judicatura del Estado Libre Asociado de Puerto Rico de 2003 (4 L.P.R.A. sec. 24 *et seq.*), entra en vigor el 20 de noviembre de 2003. Dicha ley dispone que el Tribunal Supremo adoptará un Reglamento para regir los procedimientos y la organización del Tribunal de Apelaciones. A esos efectos, se establece en dicha ley:

*Artículo 4.004.—Procedimientos y oganización en el Tribunal de Apelaciones*

El Tribunal Supremo aprobará las reglas internas que regirán los procedimientos y la organización del Tribunal de Apelaciones, las cuales tendrán como propósito principal proveer un acceso fácil, económico y efectivo a dicho Tribunal. El reglamento interno del Tribunal de Apelaciones contendrá, sin limitarse a ello, reglas dirigidas a reducir al mínimo el número de recursos desestimados por defectos de forma o de notificación, reglas que provean oportunidad razonable para la corrección de defectos de forma o de notificación que no afecten los derechos de las partes, y reglas que permitan la comparecencia efectiva de apelantes por derecho propio y en *forma pauperis*. 2003 (Parte 1) Leyes de Puerto Rico 985.

Debido a los cambios que introduce la Ley de la Judicatura del Estado Libre Asociado de Puerto Rico de 2003 —que afectan el funcionamiento, la organización y los procedimientos apelativos— y a que no nos será posible divulgar ampliamente este Proyecto de Reglamento y recibir comentarios de todos los sectores, para luego evaluarlos e incorporar aquellos que entendamos que reflejan mejor el propósito e intención de la ley —todo por el corto lapso de tiempo que tenemos— hemos optado por aprobar un Reglamento Transitorio para el Tribunal de Apelaciones, que estará en vigor del 20 de noviembre de 2003 hasta el lunes 1 de marzo de 2004, o hasta que otra cosa disponga el Tribunal.

El Reglamento Transitorio deberá ser divulgado a los fines de recibir comentarios antes de su aprobación final por este Tribunal.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*